IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Robert Bright,                              :
                          Petitioner        :
                                            :
            v.                              :          No. 387 C.D. 2018
                                            :
Pennsylvania Board of                       :
Probation and Parole and                    :
Pennsylvania Department                     :
of Corrections,                             :
                          Respondents       :

## **O R D E R**

NOW, December 12, 2018, upon consideration of petitioner's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge